*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Sharon D. Farmer  )  Case No. 25–10679–amc
 )
 )
Debtor(s).  )  Chapter: 13
 )
 )

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Means Test Calculation 122C–2 Due 3/6/25
Plan Due 3/6/25
Schedules A Due 3/6/25
Schedules B Due 3/6/25
Schedules C Due 3/6/25
Schedules D Due 3/6/25
Schedules E Due 3/6/25
Schedules F Due 3/6/25
Schedules G Due 3/6/25
Schedules H Due 3/6/25
Schedules I Due 3/6/25
Schedules J Due 3/6/25
Statement of Attorney Compensation Due 3/6/25
Statement of Current Monthly Income (122C–1) Due 3/6/25
Statement of Financial Affairs Due 3/6/25
Summary of Assets and Liabilities Due 3/6/25

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: February 21, 2025

By the Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court