Certificate Number: 14424-PAE-DE-039392805

Bankruptcy Case Number: 25-10679



14424-PAE-DE-039392805

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 1, 2025</u>, at <u>11:09</u> o'clock <u>PM EST</u>, <u>Sharon D Farmer</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 1, 2025</u>          By:   <u>/s/Mabelyn  Ramirez</u>

Name:   <u>Mabelyn  Ramirez</u>

Title:   <u>Instructor</u>