AES/PHEAA
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461

Allstate
601 New Britain Road
Doylestown, PA 18901

Avant/WebBank
222 North LaSalle Street Suite 1600
Chicago, IL 60601

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

City of Philadelphia
Law Tax and Revenue Unit
1401 John F Kennedy Blvd Fl 5

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

Comenity Bk/Ulta
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218

Cornerstone
PO Box 82561
Lincoln, NE 68501

Credit Coll
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Cws/cw Nexus
Po Box 9201
Old Bethpage, NY 11804

Fortiva
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Genesis FS Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Leisure Time Resorts
Attn: Bankruptcy
PO Box 26
Gautier, MS 39553-0026

Mainline Health
Attn: Bankruptcy
240 N Radnor Chester Rd
Wayne, PA 19087-5170

MD - Clearway Pain Solutions
700 E Township Line Road
Havertown, PA 19083

Midnight Velvet/Swiss Colony
Attn: Bankruptcy 1112 Seventh Ave
Monroe, WI 53566-1364

Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Gas Works
800 W. Montgomery Avenue

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking
Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

PNC Mortgage
Attn: Bankruptcy
8177 Washington Church Rd ,
Dayton, OH 45458

SANTANDER CONSUMER USA
P.O. Box 560284
Dallas, TX 75356-0284

Santander Consumer USA, Inc
Attn: Bankruptcy
95 Amaral St
Riverside, RI 02915-2204

Self Financial, Inc.
Attn: Bankruptcy Attn: Bankruptcy
515 Congress Ave , Ste 1550
Austin, TX 78701

Seventh Ave/Swiss Colony
Inc.
Attn: Bankruptcy 1112 7th Ave
Monroe, WI 53566

Sunbit Financial
Attn: Bankruptcy 10880 Wilshire Blv Suite 870
Los Angeles, CA 90024

Sunrise Banks
Attn: Bankruptcy 2525 Wabash Ave
Saint Paul, MN 55114

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Housing and Urban Development
Attn: Bankruptcy
100 E Penn Sq Fl 11
Philadelphia, PA 19107-3325

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

U.S. Small Business Administration
2 Gateway Ctr Ste 1002
Newark, NJ 07102-5006