| PeopleShare Industrial | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 2/16/2025 | | | 8625965 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- |
| | Hours | Amount | Soc Sec | 11.90 | | | Gross | 3,264.00 |
| Regular Pay | 8.00 | 192.00 | Medicare | 2.78 | | | Fed W/H | 0.00 |
| | | | PA St W/H | 5.89 | | | Soc Sec | 202.37 |
| | | | PA SUI | 0.13 | | | Medicare | 47.33 |
| | | | PHIL510101 - LWH | 7.20 | | | PA St W/H | 100.22 |
| | | | | | | | PA SUI | 2.30 |
| | | | | | | | PHIL510101 - LWH | 122.40 |
| | | | | | | | Nontaxable | 0.00 |
| 02/10/25 | 02/16/25 | CEO Canvassers | | 8.00 | 24.00 | 192.00 | Taxable | 3,264.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | YTD Hours: | 136.00 |
| Gross Pay: | | 192.00 | Deductions: | | 27.90 | Net Pay: | 164.10 |

```
PeopleShare Industrial
100 Springhouse Dr.
Suite 200
Collegeville, PA 19426
```

**VOUCHER**

**VOUCHER NO.**    8625965

**DATE**    02/21/25    **AMOUNT**

****VOID****
**** Direct Deposit ****

$**.00

**NAME OF EMPLOYEE**

Sharon Farmer
1869 wynnewood rd
Philadelphia, PA 19151

**NOT NEGOTIABLE**

| PeopleShare Industrial | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 2/16/2025 | | | 8625965 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- |
| | Hours | Amount | Soc Sec | 11.90 | | | Gross | 3,264.00 |
| Regular Pay | 8.00 | 192.00 | Medicare | 2.78 | | | Fed W/H | 0.00 |
| | | | PA St W/H | 5.89 | | | Soc Sec | 202.37 |
| | | | PA SUI | 0.13 | | | Medicare | 47.33 |
| | | | PHIL510101 - LWH | 7.20 | | | PA St W/H | 100.22 |
| | | | | | | | PA SUI | 2.30 |
| | | | | | | | PHIL510101 - LWH | 122.40 |
| | | | | | | | Nontaxable | 0.00 |
| 02/10/25 | 02/16/25 | CEO Canvassers | | 8.00 | 24.00 | 192.00 | Taxable | 3,264.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | YTD Hours: | 136.00 |
| Gross Pay: | | 192.00 | Deductions: | | 27.90 | Net Pay: | 164.10 |

| PeopleShare Industrial | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 2/9/2025 | | | 8623647 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- |
| | Hours | Amount | Soc Sec | 17.86 | | | Gross | 3,072.00 |
| Regular Pay | 12.00 | 288.00 | Medicare | 4.18 | | | Fed W/H | 0.00 |
| | | | PA St W/H | 8.84 | | | Soc Sec | 190.47 |
| | | | PA SUI | 0.20 | | | Medicare | 44.55 |
| | | | PHIL510101 - LWH | 10.80 | | | PA St W/H | 94.33 |
| | | | | | | | PA SUI | 2.17 |
| | | | | | | | PHIL510101 - LWH | 115.20 |
| | | | | | | | Nontaxable | 0.00 |
| 02/03/25 | 02/09/25 | CEO Canvassers | | 12.00 | 24.00 | 288.00 | Taxable | 3,072.00 |

|  |  |  |  |  |  | YTD Hours: | 128.00 |
|---|---|---|---|---|---|---|---|
| Gross Pay: | 288.00 | Deductions: | | 41.88 | | Net Pay: | 246.12 |

```
PeopleShare Industrial
100 Springhouse Dr.
Suite 200                                    VOUCHER
Collegeville, PA 19426

                                                              VOUCHER NO.    8623647

                                                  DATE    02/14/25         AMOUNT

                  ****VOID****                                               $**.00
                  **** Direct Deposit ****
NAME OF
EMPLOYEE          Sharon Farmer
                  1869 wynnewood rd
                  Philadelphia, PA 19151

                                                                NOT NEGOTIABLE
```

| PeopleShare Industrial | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 2/9/2025 | | | 8623647 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- |
| | Hours | Amount | Soc Sec | 17.86 | | | Gross | 3,072.00 |
| Regular Pay | 12.00 | 288.00 | Medicare | 4.18 | | | Fed W/H | 0.00 |
| | | | PA St W/H | 8.84 | | | Soc Sec | 190.47 |
| | | | PA SUI | 0.20 | | | Medicare | 44.55 |
| | | | PHIL510101 - LWH | 10.80 | | | PA St W/H | 94.33 |
| | | | | | | | PA SUI | 2.17 |
| | | | | | | | PHIL510101 - LWH | 115.20 |
| | | | | | | | Nontaxable | 0.00 |
| 02/03/25 | 02/09/25 | CEO Canvassers | | 12.00 | 24.00 | 288.00 | Taxable | 3,072.00 |

|  |  |  |  |  |  | YTD Hours: | 128.00 |
|---|---|---|---|---|---|---|---|
| Gross Pay: | 288.00 | Deductions: | | 41.88 | | Net Pay: | 246.12 |

PeopleShare Industrial
Sharon Farmer        XXX-XX-7001            5      3        W/E Dt: 2/2/2025                    8621219
**Thank you for your dedicated service - we appreciate it!**                                   -----YTD-----
         Hours    Amount   Soc Sec        29.76                     Gross          2,784.00
Regular Pay   20.00   480.00   Medicare       6.96                     Fed W/H            0.00
                          PA St W/H      14.74                     Soc Sec          172.61
                          PA SUI          0.34                     Medicare          40.37
                          PHIL510101 - LWH 18.00                   PA St W/H         85.49
                                                                   PA SUI             1.97
                                                                   PHIL510101 - LWH 104.40
                                                                   Nontaxable         0.00
01/27/25   02/02/25   CEO Canvassers      20.00      24.00   480.00   Taxable        2,784.00

                                                                   YTD Hours:       116.00
     Gross Pay:      480.00      Deductions:       69.80           Net Pay:         410.20

---

PeopleShare Industrial
100 Springhouse Dr.                          **VOUCHER**
Suite 200
Collegeville, PA 19426
                                                     VOUCHER NO.    8621219

                                             DATE   02/07/25    AMOUNT

              ****VOID****                                      $**.00
              **** Direct Deposit ****
NAME OF
EMPLOYEE      Sharon Farmer
              1869 wynnewood rd
              Philadelphia, PA 19151
                                                     **NOT NEGOTIABLE**

---

PeopleShare Industrial
Sharon Farmer        XXX-XX-7001                   3        W/E Dt: 2/2/2025                    8621219
**Thank you for your dedicated service - we appreciate it!**                                   -----YTD-----
         Hours    Amount   Soc Sec        29.76                     Gross          2,784.00
Regular Pay   20.00   480.00   Medicare       6.96                     Fed W/H            0.00
                          PA St W/H      14.74                     Soc Sec          172.61
                          PA SUI          0.34                     Medicare          40.37
                          PHIL510101 - LWH 18.00                   PA St W/H         85.49
                                                                   PA SUI             1.97
                                                                   PHIL510101 - LWH 104.40
                                                                   Nontaxable         0.00
01/27/25   02/02/25   CEO Canvassers      20.00      24.00   480.00   Taxable        2,784.00

                                                                   YTD Hours:       116.00
     Gross Pay:      480.00      Deductions:       69.80           Net Pay:         410.20

| PeopleShare Industrial | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 1/26/2025 | | | | 8618882 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- | |
| | Hours | Amount | Soc Sec | 29.76 | | | Gross | | 2,304.00 |
| Regular Pay | 20.00 | 480.00 | Medicare | 6.96 | | | Fed W/H | | 0.00 |
| | | | PA St W/H | 14.74 | | | Soc Sec | | 142.85 |
| | | | PA SUI | 0.34 | | | Medicare | | 33.41 |
| | | | PHIL510101 - LWH | 18.00 | | | PA St W/H | | 70.75 |
| | | | | | | | PA SUI | | 1.63 |
| | | | | | | | PHIL510101 - LWH | | 86.40 |
| | | | | | | | Nontaxable | | 0.00 |
| 01/20/25 | 01/26/25 | | CEO Canvassers | 20.00 | 24.00 | 480.00 | Taxable | | 2,304.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | YTD Hours: | 96.00 |
| Gross Pay: | 480.00 | Deductions: | 69.80 | Net Pay: | 410.20 |

---

PeopleShare Industrial
100 Springhouse Dr.
Suite 200
Collegeville, PA 19426

**VOUCHER**

**VOUCHER NO.**   8618882

**DATE**   01/31/25   **AMOUNT**

****VOID****
**** Direct Deposit ****

NAME OF EMPLOYEE

Sharon Farmer
1869 wynnewood rd
Philadelphia, PA 19151

$**.00

**NOT NEGOTIABLE**

---

| PeopleShare Industrial | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 1/26/2025 | | | | 8618882 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- | |
| | Hours | Amount | Soc Sec | 29.76 | | | Gross | | 2,304.00 |
| Regular Pay | 20.00 | 480.00 | Medicare | 6.96 | | | Fed W/H | | 0.00 |
| | | | PA St W/H | 14.74 | | | Soc Sec | | 142.85 |
| | | | PA SUI | 0.34 | | | Medicare | | 33.41 |
| | | | PHIL510101 - LWH | 18.00 | | | PA St W/H | | 70.75 |
| | | | | | | | PA SUI | | 1.63 |
| | | | | | | | PHIL510101 - LWH | | 86.40 |
| | | | | | | | Nontaxable | | 0.00 |
| 01/20/25 | 01/26/25 | | CEO Canvassers | 20.00 | 24.00 | 480.00 | Taxable | | 2,304.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | YTD Hours: | 96.00 |
| Gross Pay: | 480.00 | Deductions: | 69.80 | Net Pay: | 410.20 |

PeopleShare Industrial
Sharon Farmer         XXX-XX-7001                       3         W/E Dt: 1/19/2025                                    8616565
**Thank you for your dedicated service - we appreciate it!**                                                          -----YTD-----

|            | Hours | Amount |                    |       |       |        |              |          |
|------------|-------|--------|--------------------|-------|-------|--------|--------------|----------|
|            |       |        | Soc Sec            | 29.76 |       |        | Gross        | 1,824.00 |
| Regular Pay| 20.00 | 480.00 | Medicare           | 6.96  |       |        | Fed W/H      | 0.00     |
|            |       |        | PA St W/H          | 14.74 |       |        | Soc Sec      | 113.09   |
|            |       |        | PA SUI             | 0.34  |       |        | Medicare     | 26.45    |
|            |       |        | PHIL510101 - LWH   | 18.00 |       |        | PA St W/H    | 56.01    |
|            |       |        |                    |       |       |        | PA SUI       | 1.29     |
|            |       |        |                    |       |       |        | PHIL510101 - LWH | 68.40 |
|            |       |        |                    |       |       |        | Nontaxable   | 0.00     |
| 01/13/25   | 01/19/25 |     | CEO Canvassers     | 20.00 | 24.00 | 480.00 | Taxable      | 1,824.00 |

                                                                                              YTD Hours:      76.00
Gross Pay:            480.00    Deductions:              69.80                                Net Pay:       410.20

---

PeopleShare Industrial
100 Springhouse Dr.
Suite 200
Collegeville, PA 19426

**VOUCHER**

VOUCHER NO.   8616565

DATE   01/24/25        AMOUNT

****VOID****                                                    $**.00
**** Direct Deposit ****

NAME OF EMPLOYEE
Sharon Farmer
1869 wynnewood rd
Philadelphia, PA 19151

**NOT NEGOTIABLE**

---

PeopleShare Industrial
Sharon Farmer         XXX-XX-7001                       3         W/E Dt: 1/19/2025                                    8616565
**Thank you for your dedicated service - we appreciate it!**                                                          -----YTD-----

|            | Hours | Amount |                    |       |       |        |              |          |
|------------|-------|--------|--------------------|-------|-------|--------|--------------|----------|
|            |       |        | Soc Sec            | 29.76 |       |        | Gross        | 1,824.00 |
| Regular Pay| 20.00 | 480.00 | Medicare           | 6.96  |       |        | Fed W/H      | 0.00     |
|            |       |        | PA St W/H          | 14.74 |       |        | Soc Sec      | 113.09   |
|            |       |        | PA SUI             | 0.34  |       |        | Medicare     | 26.45    |
|            |       |        | PHIL510101 - LWH   | 18.00 |       |        | PA St W/H    | 56.01    |
|            |       |        |                    |       |       |        | PA SUI       | 1.29     |
|            |       |        |                    |       |       |        | PHIL510101 - LWH | 68.40 |
|            |       |        |                    |       |       |        | Nontaxable   | 0.00     |
| 01/13/25   | 01/19/25 |     | CEO Canvassers     | 20.00 | 24.00 | 480.00 | Taxable      | 1,824.00 |

                                                                                              YTD Hours:      76.00
Gross Pay:            480.00    Deductions:              69.80                                Net Pay:       410.20

| PeopleShare Industrial | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 1/12/2025 | | | | 8614227 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- | |
| | Hours | Amount | Soc Sec | 29.76 | | | | Gross | 1,344.00 |
| Regular Pay | 20.00 | 480.00 | Medicare | 6.96 | | | | Fed W/H | 0.00 |
| | | | PA St W/H | 14.74 | | | | Soc Sec | 83.33 |
| | | | PA SUI | 0.34 | | | | Medicare | 19.49 |
| | | | PHIL510101 - LWH | 18.00 | | | | PA St W/H | 41.27 |
| | | | | | | | | PA SUI | 0.95 |
| | | | | | | | | PHIL510101 - LWH | 50.40 |
| | | | | | | | | Nontaxable | 0.00 |
| 01/06/25 | 01/12/25 | | CEO Canvassers | | 20.00 | 24.00 | 480.00 | Taxable | 1,344.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | | | YTD Hours: | 56.00 |
| Gross Pay: | 480.00 | Deductions: | 69.80 | Net Pay: | 410.20 |

---

PeopleShare Industrial  
100 Springhouse Dr.  
Suite 200  
Collegeville, PA 19426

**VOUCHER**

**VOUCHER NO.**    8614227

**DATE**    01/17/25    **AMOUNT**

****VOID****  
**** Direct Deposit ****

$**.00

NAME OF EMPLOYEE

Sharon Farmer  
1869 wynnewood rd  
Philadelphia, PA 19151

**NOT NEGOTIABLE**

---

| PeopleShare Industrial | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 1/12/2025 | | | | 8614227 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- | |
| | Hours | Amount | Soc Sec | 29.76 | | | | Gross | 1,344.00 |
| Regular Pay | 20.00 | 480.00 | Medicare | 6.96 | | | | Fed W/H | 0.00 |
| | | | PA St W/H | 14.74 | | | | Soc Sec | 83.33 |
| | | | PA SUI | 0.34 | | | | Medicare | 19.49 |
| | | | PHIL510101 - LWH | 18.00 | | | | PA St W/H | 41.27 |
| | | | | | | | | PA SUI | 0.95 |
| | | | | | | | | PHIL510101 - LWH | 50.40 |
| | | | | | | | | Nontaxable | 0.00 |
| 01/06/25 | 01/12/25 | | CEO Canvassers | | 20.00 | 24.00 | 480.00 | Taxable | 1,344.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | | | YTD Hours: | 56.00 |
| Gross Pay: | 480.00 | Deductions: | 69.80 | Net Pay: | 410.20 |

| PeopleShare Industrial | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 1/5/2025 | | | 8611933 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | -----YTD----- | |
| | Hours | Amount | Soc Sec | 23.81 | | | Gross | 864.00 |
| Regular Pay | 16.00 | 384.00 | Medicare | 5.57 | | | Fed W/H | 0.00 |
| | | | PA St W/H | 11.79 | | | Soc Sec | 53.57 |
| | | | PA SUI | 0.27 | | | Medicare | 12.53 |
| | | | PHIL510101 - LWH | 14.40 | | | PA St W/H | 26.53 |
| | | | | | | | PA SUI | 0.61 |
| | | | | | | | PHIL510101 - LWH | 32.40 |
| | | | | | | | Nontaxable | 0.00 |
| 12/30/24 | 01/05/25 | CEO Canvassers | | 16.00 | 24.00 | 384.00 | Taxable | 864.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | YTD Hours: | 36.00 |
| Gross Pay: | 384.00 | | Deductions: | 55.84 | | Net Pay: | 328.16 |

---

PeopleShare Industrial
100 Springhouse Dr.
Suite 200
Collegeville, PA 19426

**VOUCHER**

**VOUCHER NO.**  8611933

**DATE**  01/10/25   **AMOUNT**

****VOID****
**** Direct Deposit ****

$**.00

NAME OF EMPLOYEE

Sharon Farmer
1869 wynnewood rd
Philadelphia, PA 19151

**NOT NEGOTIABLE**

---

| PeopleShare Industrial | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 1/5/2025 | | | 8611933 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | -----YTD----- | |
| | Hours | Amount | Soc Sec | 23.81 | | | Gross | 864.00 |
| Regular Pay | 16.00 | 384.00 | Medicare | 5.57 | | | Fed W/H | 0.00 |
| | | | PA St W/H | 11.79 | | | Soc Sec | 53.57 |
| | | | PA SUI | 0.27 | | | Medicare | 12.53 |
| | | | PHIL510101 - LWH | 14.40 | | | PA St W/H | 26.53 |
| | | | | | | | PA SUI | 0.61 |
| | | | | | | | PHIL510101 - LWH | 32.40 |
| | | | | | | | Nontaxable | 0.00 |
| 12/30/24 | 01/05/25 | CEO Canvassers | | 16.00 | 24.00 | 384.00 | Taxable | 864.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | YTD Hours: | 36.00 |
| Gross Pay: | 384.00 | | Deductions: | 55.84 | | Net Pay: | 328.16 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PeopleShare Industrial | | | | | | | | 8609642 |
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 12/29/2024 | | | |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- |
| | Hours | Amount | Soc Sec | 29.76 | | | Gross | 480.00 |
| Regular Pay | 20.00 | 480.00 | Medicare | 6.96 | | | Fed W/H | 0.00 |
| | | | PA St W/H | 14.74 | | | Soc Sec | 29.76 |
| | | | PA SUI | 0.34 | | | Medicare | 6.96 |
| | | | PHIL510101 - LWH | 18.00 | | | PA St W/H | 14.74 |
| | | | | | | | PA SUI | 0.34 |
| | | | | | | | PHIL510101 - LWH | 18.00 |
| 12/23/24 | 12/29/24 | CEO Canvassers | | 20.00 | 24.00 | 480.00 | Nontaxable | 0.00 |
| | | | | | | | Taxable | 480.00 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| | | | | YTD Hours: | 20.00 |
| Gross Pay: | 480.00 | Deductions: | 69.80 | Net Pay: | 410.20 |

---

PeopleShare Industrial  
100 Springhouse Dr.  
Suite 200  
Collegeville, PA 19426

**VOUCHER**

**VOUCHER NO.** 8609642

**DATE** 01/03/25    **AMOUNT**

****VOID****  
**** Direct Deposit ****    $**.00

NAME OF EMPLOYEE  
Sharon Farmer  
1869 wynnewood rd  
Philadelphia, PA 19151

**NOT NEGOTIABLE**

---

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PeopleShare Industrial | | | | | | | | 8609642 |
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 12/29/2024 | | | |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- |
| | Hours | Amount | Soc Sec | 29.76 | | | Gross | 480.00 |
| Regular Pay | 20.00 | 480.00 | Medicare | 6.96 | | | Fed W/H | 0.00 |
| | | | PA St W/H | 14.74 | | | Soc Sec | 29.76 |
| | | | PA SUI | 0.34 | | | Medicare | 6.96 |
| | | | PHIL510101 - LWH | 18.00 | | | PA St W/H | 14.74 |
| | | | | | | | PA SUI | 0.34 |
| | | | | | | | PHIL510101 - LWH | 18.00 |
| 12/23/24 | 12/29/24 | CEO Canvassers | | 20.00 | 24.00 | 480.00 | Nontaxable | 0.00 |
| | | | | | | | Taxable | 480.00 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| | | | | YTD Hours: | 20.00 |
| Gross Pay: | 480.00 | Deductions: | 69.80 | Net Pay: | 410.20 |

| PeopleShare Industrial | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | | 3 | W/E Dt: 12/22/2024 | | | 8607309 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- | |
| | Hours | Amount | Soc Sec | 29.76 | | | Gross | | 21,085.68 |
| Regular Pay | 20.00 | 480.00 | Medicare | 6.96 | | | Fed W/H | | 0.00 |
| | | | PA St W/H | 14.74 | | | Soc Sec | | 1,307.34 |
| | | | PA SUI | 0.34 | | | Medicare | | 305.76 |
| | | | PHIL510101 - LWH | 18.00 | | | PA St W/H | | 647.48 |
| | | | | | | | PA SUI | | 14.92 |
| | | | | | | | PHIL510101 - LWH | | 790.68 |
| | | | | | | | Nontaxable | | 0.00 |
| 12/16/24 | 12/22/24 | CEO Canvassers | | 20.00 | 24.00 | 480.00 | Taxable | | 21,085.68 |

| | | | | | | YTD Hours: | 852.00 |
|---|---|---|---|---|---|---|---|
| Gross Pay: | 480.00 | Deductions: | | 69.80 | | Net Pay: | 410.20 |

---

PeopleShare Industrial
100 Springhouse Dr.
Suite 200
Collegeville, PA 19426

**VOUCHER**

VOUCHER NO.    8607309

DATE    12/27/24    AMOUNT

****VOID****
**** Direct Deposit ****

$**.00

NAME OF EMPLOYEE

Sharon Farmer
1869 wynnewood rd
Philadelphia, PA 19151

**NOT NEGOTIABLE**

---

| PeopleShare Industrial | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | | 3 | W/E Dt: 12/22/2024 | | | 8607309 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- | |
| | Hours | Amount | Soc Sec | 29.76 | | | Gross | | 21,085.68 |
| Regular Pay | 20.00 | 480.00 | Medicare | 6.96 | | | Fed W/H | | 0.00 |
| | | | PA St W/H | 14.74 | | | Soc Sec | | 1,307.34 |
| | | | PA SUI | 0.34 | | | Medicare | | 305.76 |
| | | | PHIL510101 - LWH | 18.00 | | | PA St W/H | | 647.48 |
| | | | | | | | PA SUI | | 14.92 |
| | | | | | | | PHIL510101 - LWH | | 790.68 |
| | | | | | | | Nontaxable | | 0.00 |
| 12/16/24 | 12/22/24 | CEO Canvassers | | 20.00 | 24.00 | 480.00 | Taxable | | 21,085.68 |

| | | | | | | YTD Hours: | 852.00 |
|---|---|---|---|---|---|---|---|
| Gross Pay: | 480.00 | Deductions: | | 69.80 | | Net Pay: | 410.20 |

| PeopleShare Industrial | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 12/15/2024 | | | 8604578 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- |
| | Hours | Amount | Soc Sec | 29.76 | | | Gross | 20,605.68 |
| Regular Pay | 20.00 | 480.00 | Medicare | 6.96 | | | Fed W/H | 0.00 |
| | | | PA St W/H | 14.74 | | | Soc Sec | 1,277.58 |
| | | | PA SUI | 0.34 | | | Medicare | 298.80 |
| | | | PHIL510101 - LWH | 18.00 | | | PA St W/H | 632.74 |
| | | | | | | | PA SUI | 14.58 |
| | | | | | | | PHIL510101 - LWH | 772.68 |
| | | | | | | | Nontaxable | 0.00 |
| 12/09/24 | 12/15/24 | CEO Canvassers | | 20.00 | 24.00 | 480.00 | Taxable | 20,605.68 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | YTD Hours: | 832.00 |
| Gross Pay: | 480.00 | Deductions: | 69.80 | Net Pay: | 410.20 |

---

PeopleShare Industrial
100 Springhouse Dr.
Suite 200
Collegeville, PA 19426

**VOUCHER**

**VOUCHER NO.**   8604578

**DATE**   12/20/24   **AMOUNT**

****VOID****
**** Direct Deposit ****

NAME OF EMPLOYEE

Sharon Farmer
1869 wynnewood rd
Philadelphia, PA 19151

$**.00

**NOT NEGOTIABLE**

---

| PeopleShare Industrial | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sharon Farmer | | XXX-XX-7001 | | 3 | W/E Dt: 12/15/2024 | | | 8604578 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | | -----YTD----- |
| | Hours | Amount | Soc Sec | 29.76 | | | Gross | 20,605.68 |
| Regular Pay | 20.00 | 480.00 | Medicare | 6.96 | | | Fed W/H | 0.00 |
| | | | PA St W/H | 14.74 | | | Soc Sec | 1,277.58 |
| | | | PA SUI | 0.34 | | | Medicare | 298.80 |
| | | | PHIL510101 - LWH | 18.00 | | | PA St W/H | 632.74 |
| | | | | | | | PA SUI | 14.58 |
| | | | | | | | PHIL510101 - LWH | 772.68 |
| | | | | | | | Nontaxable | 0.00 |
| 12/09/24 | 12/15/24 | CEO Canvassers | | 20.00 | 24.00 | 480.00 | Taxable | 20,605.68 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | YTD Hours: | 832.00 |
| Gross Pay: | 480.00 | Deductions: | 69.80 | Net Pay: | 410.20 |