L.B.F. 9014-4

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Sharon D. Farmer** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No. 25-10679-AMC** |

\* \* \* \* \* \* \*

**CERTIFICATION OF SERVICE**

    I, Michael A. Cibik, certify that on September 15, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 15, 2025

                                                                                 /s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

United States Trustee

Via:    ✓ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Kenneth E. West
190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106
Chapter 13 Trustee

Via:    ✓ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

United States Department of Housing and Urban Development
801 Market Street, 12th Floor, Philadelphia, PA 19107
Creditor

Via:    ☐ CM/ECF    ✓ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Santander Consumer USA Inc.
P.O. Box 961245, Fort Worth, TX 76161
Creditor

Via:    ☐ CM/ECF    ✓ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Pennsylvania Department of Revenue
Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946
Creditor

Via:    ☐ CM/ECF    ✓ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

PNC Bank N.A.
3232 Newmark Drive, Miamisburg, OH 45342
Creditor

Via:    ☐ CM/ECF    ✓ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other: