United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-10679-amc
Sharon D. Farmer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Oct 16, 2025 | Form ID: 155 | Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sharon D. Farmer, 1869 Wynnewood Rd, Philadelphia, PA 19151-3236 |
| 14989192 | + | Allstate, 601 New Britain Road, Doylestown, PA 18901-2992 |
| 14980414 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14980417 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14980420 | | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |
| 14980426 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14980398 | | Email/Text: bncnotifications@pheaa.org | Oct 17 2025 00:45:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14980399 | + | Email/Text: bk@avant.com | Oct 17 2025 00:45:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 15023581 | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14980400 | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14980401 | | Email/Text: bankruptcy@philapark.org | Oct 17 2025 00:45:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14980402 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2025 00:45:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14980403 | ^ | MEBN | Oct 17 2025 00:39:29 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 14980404 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 17 2025 00:45:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14980405 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 17 2025 00:45:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14980406 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2025 00:56:17 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14980407 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 00:56:16 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14980408 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 17 2025 00:45:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, |

| Recipient ID | Flag | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Atlanta, GA 30348-5555 |
| 14980409 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 17 2025 00:45:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14980410 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2025 00:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14986775 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:56:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14986189 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 00:56:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14999103 | + | Email/Text: bankruptcy@sccompanies.com | Oct 17 2025 00:45:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14980412 | | Email/Text: bankruptcy@sccompanies.com | Oct 17 2025 00:45:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 15010876 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 17 2025 00:45:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 14980413 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 17 2025 00:45:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14991983 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 00:45:00 | PNC Bank N.A., 3232 Newmark Drive, Miamisburg OH 45342 |
| 14980419 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 00:45:00 | PNC Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd ,, Dayton, OH 45458 |
| 15000683 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2025 00:56:27 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14980415 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2025 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14989247 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2025 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14980416 | ^ | MEBN | Oct 17 2025 00:39:32 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15009207 | ^ | MEBN | Oct 17 2025 00:39:24 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14980418 | | Email/Text: bankruptcy@philapark.org | Oct 17 2025 00:45:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15000797 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2025 00:45:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14987065 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2025 00:45:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14987028 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2025 00:45:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14980421 | + | Email/Text: bankruptcy@self.inc | Oct 17 2025 00:45:00 | Self Financial, Inc., Attn: Bankruptcy Attn: Bankruptcy, 515 Congress Ave , Ste 1550, Austin, TX 78701-3539 |
| 14980422 | + | Email/Text: bankruptcy@sccompanies.com | Oct 17 2025 00:45:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy 1112 7th Ave, Monroe, WI 53566-1364 |
| 14999104 | + | Email/Text: bankruptcy@sccompanies.com | Oct 17 2025 00:45:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14980423 | ^ | MEBN | | |

Case 25-10679-amc    Doc 31    Filed 10/18/25    Entered 10/19/25 00:40:04    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: 155 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14980424 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Oct 17 2025 00:39:34 | Sunbit Financial, Attn: Bankruptcy 10880 Wilshire Blv Suit, Los Angeles, CA 90024-4101 |
| | | | Oct 17 2025 00:45:00 | Sunrise Banks, Attn: Bankruptcy 2525 Wabash Ave, Saint Paul, MN 55114-1020 |
| 14980425 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 17 2025 00:45:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14981156 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 17 2025 01:44:45 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14980411 | ## | Leisure Time Resorts, Attn: Bankruptcy, PO Box 26, Gautier, MS 39553-0026 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Sharon D. Farmer help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Sharon D. Farmer

Debtor(s).

Case No. 25−10679−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 14, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court