UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    SHARON D. FARMER<br>        DEBTOR(S)<br><br>PNC BANK, NATIONAL ASSOCIATION<br>        MOVANT<br><br>v.<br>SHARON D. FARMER<br>        Debtor(s)<br><br><br>KENNETH E. WEST Trustee<br><br><br><br>        Respondent(s) | Chapter 13<br><br>Case Number: 25-10679-amc |

## ORDER

AND NOW, this _____ day of _____, 2026, upon the motion of PNC Bank, National Association, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, PNC Bank, National Association (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 1869 WYNNEWOOD RD, PHILADELPHIA, PENNSYLVANIA 19151.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(4) is hereby waived.

BY THE COURT:

_____

Ashley M. Chan
UNITED STATES BANKRUPTCY JUDGE