**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
Sharon D. Farmer

CHAPTER:  13

Debtor(s) | CASE NO.   25-10679-amc

**POST-PETITION PAYMENT HISTORY**
**NOTE AND MORTGAGE DATED MARCH 31, 2009**

Recorded in the Office of the Commissioner of Records in and for the city of Philadelphia on April 22, 2009, as Instrument 52053665.

Property Address:
1869 WYNNEWOOD RD, PHILADELPHIA, PENNSYLVANIA 19151

Mortgage Servicer:
PNC Bank, National Association

Post-petition mailing address for Debtor(s) to send payment:
PNC Bank N.A.
3232 Newmark Drive
Miamisburg OH 45342

Mortgagor(s)/Debtor(s):
Sharon Farmer

Payments are contractually due:

Monthly ☒Semi-monthly   ☐ Bi-weekly   ☐ Other **Enter text**

Each Monthly Payment is comprised of:
Principal and Interest.....   **$842.47**
R.E. Taxes......................   **N/A**
Insurance.......................   **N/A**
Late Charge...................   **N/A**
Other.............................   **$477.30**   (Specify: **Escrow**)
**TOTAL**........................   **$1,319.77**

**POST-PETITION      PAYMENTS**      (Petition      was      filed      on      **02/20/2025**)

**SEE EXHIBIT 1**

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: **5** as of $**6,598.85**.

TOTAL AMOUNT OF POST-PETITION ARREARS: **5,495.52\*** as of **January 1, 2026**.
        *Including suspense credit of $1,103.33

Dated: ~~January~~ February 2, 2026            **PNC Bank, National Association**
    ads                                        Mortgage Company
                                               Aimee D. Sumitra - Authorized Signer
                                               (Print Name and Title)

# EXHIBIT 1

| | | |
|---|---|---|
| Last Updated by | SZSVT |
| Date Updated | 12/30/2025 |
| Case Number | 25-10679 |
| Filing Date | 2/20/2025 |
| Chapter Filed | 13 |

| Transaction Date | All Funds Received | Post-Petition Amount Received | Post-Petition Payment Suspense Deposit / Disbursements | Post-Petition Payment Suspense Balance | Principal Application | Interest Application | Escrow Application/ Disbursement | Escrow Balance | Principal Balance | Contractual Date Paid | Post Petition Date Paid | PP Payment Suspense | PP Payment Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Beginning Balances** | $0.00 | | | | $1,081.65 | $137,410.11 | | | | |
| 2/28/2025 City | | | | $0.00 | | | ($3,446.31) | ($2,364.66) | $137,410.11 | | | | $0.00 |
| 3/3/2025 | $1,319.77 | $1,319.77 | $1,319.77 | $1,319.77 | | | | ($2,364.66) | $137,410.11 | | | | $0.00 |
| 3/4/2025 | | | ($1,319.77) | $0.00 | | | | ($2,364.66) | $137,410.11 | | 3/1/2025 | $1,319.77 | $1,319.77 |
| 4/11/2025 | $1,322.41 | $1,322.41 | $1,322.41 | $1,322.41 | | | | ($2,364.66) | $137,410.11 | | | | $1,319.77 |
| 4/14/2025 | | | ($1,319.77) | $2.64 | | | | ($2,364.66) | $137,410.11 | | 4/1/2025 | $1,319.77 | $2,639.54 |
| 4/15/2025 | | | | $2.64 | $55.22 | $787.25 | $479.94 | ($1,884.72) | $137,354.89 | 2/1/2025 | | ($1,322.41) | $1,317.13 |
| 6/3/2025 | $1,500.00 | $1,500.00 | $1,500.00 | $1,502.64 | | | | ($1,884.72) | $137,354.89 | | | | $1,317.13 |
| 6/4/2025 | | | ($1,319.77) | $182.87 | $55.54 | $786.93 | $477.30 | ($1,407.42) | $137,299.35 | 3/1/2025 | 5/1/2025 | | $1,317.13 |
| 6/6/2025 | $1,300.00 | $1,300.00 | $1,300.00 | $1,482.87 | | | | ($1,407.42) | $137,299.35 | | | | $1,317.13 |
| 6/9/2025 | | | ($1,319.77) | $163.10 | $55.86 | $786.61 | $477.30 | ($930.12) | $137,243.49 | 4/1/2025 | 6/1/2025 | | $1,317.13 |
| 8/1/2025 | $1,400.00 | $1,400.00 | $1,400.00 | $1,563.10 | | | | ($930.12) | $137,243.49 | | | | $1,317.13 |
| 8/4/2025 | | | ($1,319.77) | $243.33 | $56.18 | $786.29 | $477.30 | ($452.82) | $137,187.31 | 5/1/2025 | 7/1/2025 | | $1,317.13 |
| 10/6/2025 | $1,379.77 | $1,379.77 | $1,379.77 | $1,623.10 | | | | ($452.82) | $137,187.31 | | | | $1,317.13 |
| 10/7/2025 | | | ($1,319.77) | $303.33 | $56.50 | $785.97 | $477.30 | $24.48 | $137,130.81 | 6/1/2025 | 8/1/2025 | | $1,317.13 |
| 11/12/2025 | $800.00 | $800.00 | $800.00 | $1,103.33 | | | | $24.48 | $137,130.81 | | | | $1,317.13 |
| 12/17/2025 | $90.59 | | | $1,103.33 | | | | $24.48 | $137,130.81 | | | | $1,317.13 |
| 12/29/2025 | $61.54 | | | $1,103.33 | | | | $24.48 | $137,130.81 | | | | $1,317.13 |
| | | | | $1,103.33 | | | | $24.48 | $137,130.81 | | | | $1,317.13 |
| | | | | $1,103.33 | | | | $24.48 | $137,130.81 | | | | $1,317.13 |
| | | | | $1,103.33 | | | | $24.48 | $137,130.81 | | | | $1,317.13 |
| | | | | $1,103.33 | | | | $24.48 | $137,130.81 | | | | $1,317.13 |
| | | | | $1,103.33 | | | | $24.48 | $137,130.81 | | | | $1,317.13 |

BNK filed: MM/DD/YY
Discharged: MM/DD/YY