**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    SHARON D. FARMER<br>        DEBTOR(S)<br><br>    PNC BANK, NATIONAL ASSOCIATION<br>        MOVANT<br><br>v.<br>    SHARON D. FARMER<br>    Debtor(s)<br><br><br>    KENNETH E. WEST<br>    Trustee<br><br><br>    Respondent(s) | Chapter 13<br><br>Case Number: 25-10679-amc |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND TELEPHONIC OR VIDEO HEARING DATE**

    PNC Bank, National Association has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) in order to proceed with its rights under non- bankruptcy law with regard to the Property, located at 1869 WYNNEWOOD RD, PHILADELPHIA, PENNSYLVANIA 19151.

    1.    <u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

    *2.*    **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **February 24, 2026,** (14 days after service) **you or your attorney must file a response to the Motion.** *(see Instructions on next page).*

    3.    A hearing on the Motion is scheduled to be held on **March 10, 2026** at **11:00 a.m.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

    ☒ Telephonic via: <u>1-646-828-7666</u>

    ☐ Video Conference using the following link: _____. If no link is provided, the video conference link will be included on the hearing calendar.

    ☐ In-Person participation is also available for this hearing.

    4.    **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

    5.    You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

     6.    If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2**, you must file your response electronically.

2. **If you are not required to file electronically**, you must file your response at

    In Philadelphia:

    United States Bankruptcy Court
    Robert N.C. Nix, Sr. Federal Building and Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA 19107-4299

    In Reading:

    United States Bankruptcy Court
    The Gateway Building
    201 Penn Street, Suite 103
    Reading, PA 19601

3. **If you mail your response** to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Mark Cronin
    McCalla Raymer Leibert Pierce, LLP
    325-41 Chestnut Street, Suite 725
    Philadelphia, Pennsylvania, 19106
    Telephone: 215-402-6989
    mark.cronin@mccalla.com

and to the Trustee:    KENNETH E. WEST
    Office of the Chapter 13 Standing Trustee
    190 N. Independence Mall West
    Suite 701
    Philadelphia, PA 19106

Date:    02/10/2026

    MCCALLA RAYMER LEIBERT PIERCE, LLP

    By: */s/Mark Cronin*
    Mark Cronin

McCalla Raymer Leibert Pierce, LLP  
325-41 Chestnut Street, Suite 725  
Philadelphia, Pennsylvania, 19106  
Telephone: 215-402-6989  
mark.cronin@mccalla.com