**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Sharon D. Farmer.<br><br>Debtor(s)<br><br>PNC Bank, National Association<br>Movant<br>v.<br><br>Sharon D. Farmer.<br>Debtor(s)<br>Kenneth E. West<br>Trustee<br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 25-10679-amc<br><br>Judge: Ashely M. Chan |

**ORDER APPROVING STIPULATION**

AND NOW, upon consideration of the Stipulation between Debtor and PNC Bank, National Association, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

Date: Sept. 2, 2026

Ashely M. Chan
Chief U.S. Bankruptcy Judge