United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Sharon D. Farmer,<br><br>Debtor. | Case No. 25-10679-AMC<br><br>Chapter 13 |

**Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, Debtor Sharon D. Farmer, by and through her attorney, moves this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under Chapter 13 on February 20, 2025.
2. The trustee in this case is Kenneth E. West.
3. The plan was confirmed on October 16, 2025.
4. Creditor PNC Bank National Association filed a Motion for Relief From the Automatic Stay post-confirmation at ECF No. 32.
5. A stipulation settling the motion has since been approved at ECF No. 37, and the Debtor wants to amend their plan to roll in the post-petition arrears per the stipulation's terms.
6. The proposed plan rolls the post-petition arrears into the plan per the stipulation, increasing the Debtor's monthly plan payments going forward.
7. A Supplement to Schedule J has already been filed at ECF No. 40 to show feasibility.
8. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 41 as the new confirmed plan.

**NOW, THEREFORE**, the Debtor asks this Court to approve the modified plan and to grant such other relief in their favor as may be necessary and proper under the law.

Date: September 15, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: ______________________
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com