United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

Sharon D. Farmer,

Debtor.

Case No. 25-10679-AMC

Chapter 13

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 42, the “Motion”);

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 41) is **APPROVED**.

**Date:** Oct. 28, 2026

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge